### DAN DURLEY v. NATHAN MAYO, State Prison Custodian

37 So. (2nd) 320            June Term, 1948
October 29, 1948            Division B

*Dan Durley* in proper person.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for respondent.

BARNS, J.:

We have submitted to us a petition for writ of error *coram nobis.* It having been made to appear that the case wherein the petitioner was tried, convicted and adjudged guilty was not appealed to this Court and that this Court is without jurisdiction to act, and that the proper court would be the trial court:

Whereupon it is ordered that said petition be denied and the petition filed herein be returned by the Clerk to the petitioner.

THOMAS, C. J., ADAMS and HOBSON, JJ., concur.